VICTORIA FINANCE CORPORATION, PLAINTIFF, v. COLEMAN LUMBER COMPANY, INCORPORATED, DEFENDANT.

Decided August 6, 1926.

On motion to strike out answer of the defendant and to enter summary judgment for the plaintiff.

For the motion, *Lewis Starr*.

*Contra, French & Richards (M. O. Rhone*, of the Pennsylvania bar).

The opinion of the court was delivered by

KATZENBACH; J.   The same questions are involved in the above case as in the case of Samuel B. Dobbs *v.* Coleman Lumber Co., Inc.   For the reasons given in the opinion filed in the latter case the answer and defenses set up therein in the above case will be struck out and summary judgment entered for the plaintiff for the amount of the note sued upon, with interest from maturity, and costs.